■ MARY J. SERUSA, Appellant, v CARL SERUSA, Respondent. — Motion granted and appeal dismissed as moot. Memorandum: Plaintiff appeals from that part of an order which granted the defendant's motion to amend the answer. The order also granted plaintiff's cross motion to amend the complaint. The service of an amended complaint renders the appeal moot, since the defendant is now required to serve a new answer to the amended complaint (see 10 Carmody-Wait 2d, NY Prac, § 70:262). Present — Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ. [Order entered May 20, 1983.]

■ ANN M. CASTRONOVA, Appellant, v GARY CASTRONOVA, Respondent. — Motion for leave to appeal and for stay granted. Memorandum: See *Matter of Sandra I v Harold I* (54 AD2d 1040). We note that Supreme Court has the authority to order a blood-grouping test in a divorce proceeding where paternity of a child is in question. (*Kwartler v Kwartler,* 291 NY 689.) Present — Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ. [Order entered May 20, 1983.]